AE
F. #2021R00825

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | NOTICE OF MOTION |
| - against - | 1:22-cr-00014(MKB)(SJB)<br>Criminal Docket No. ____-____(____) |
| SI CI ZHU, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - X

PLEASE TAKE NOTICE that the undersigned will move this Court, before a judge to be assigned, for leave to file an information upon the defendant SI CI ZHU's waiver of indictment pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   Brooklyn, New York
         January 6, 2022

                BREON PEACE
                United States Attorney
                Eastern District of New York
                Attorney for Plaintiff
                271 Cadman Plaza East
                Brooklyn, New York 11201

         By: /s/ Andrew Estes
             Andrew Estes
             Trial Attorney
             U.S. Department of Justice
             Criminal Division, Fraud Section
             (718) 254-6250

Cc:   Clerk of the Court
      Vadim Glozman, Esq.