

July 10, 2024

**VIA ECF**

Hon. Hector Gonzalez
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Si Ci Zhu, 22 CR 14 (HG)

Dear Judge Gonzalez,

      I write on behalf of the defendant, Si Ci Zhu, respectfully moves this Honorable Court, pursuant to 28 U.S.C. §§ 2041 and 2042, for an order directing the Clerk of the Court to accept from him or his designated representative a presentence payment toward the criminal financial obligations to be imposed in this case.

      Ms. Zhu is scheduled to be sentenced on September 9, 2024. As part of her plea agreement, she agreed to an order of forfeiture and restitution. She will also be subject to the mandatory special assessment. Ms. Zhu wish to prepay a significant portion of the financial obligations to be ordered at sentencing.

      Ms. Zhu will be able to submit payment by cashier's check or money order made payable to the Clerk of the Court, with the case number 16 CR 54-3 noted on each payment delivered to:

            Clerk of the Court for the Eastern District of New York
            225 Cadman Plaza East
            Brooklyn, NY 11201

      Pursuant to 28 U.S.C. § 2041, Ms. Zhu is authorized to pay such funds into the Court Registry and the Clerk of Court is authorized to accept and hold such funds until the time of sentencing Further, pursuant to 28 U.S.C. § 2042, upon the entry of a criminal judgment in this case, the Clerk of the Court may be ordered to withdraw and apply the deposited funds to the criminal financial obligations imposed against Ms. Zhu

      The undersigned has discussed this request with Assistant United States Attorney Miriam Glaser Dauermann, who did not object.



Thank you for your consideration.

>Respectfully submitted,
>
>*Vadim A. Glozman*
>
>Vadim A. Glozman

cc:     Assistant U.S. Attorney Miriam Glaser Dauermann (via ECF)