UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA

-against-

SI CI ZHU,

Defendant.

-----------------------------------------------------------X

**ORDER GRANTING MOTION FOR PRE-SENTENCE PAYMENTS**

Criminal Action No.
22-CR-14 (HG)

WHEREAS, on or about January 24, 2022, defendant Si Ci Zhu (the "Defendant") executed a plea agreement agreeing to plead guilty pursuant to an information charging Defendant with a violation of 18 U.S.C. § 371;

WHEREAS, on January 25, 2022, the Court accepted Defendant's guilty plea (*see* Docket Entry 6);

WHEREAS, pursuant to the plea agreement, Defendant agreed to restitution in the amount of $1,871,307;

WHEREAS, Defendant has offered to partially satisfy her criminal restitution obligation with payments made at or before sentencing;

WHEREAS, pursuant to 28 U.S.C. §§ 2041 and 2042, the Defendant has moved the Court for an order authorizing pre-sentence payments;

NOW THEREFORE, IT IS HEREBY ORDERED:

1. The Defendant's Motion for Pre-Sentence Payments is GRANTED.

2. Defendant shall submit payments to the Clerk of the Court, United States District Court, 225 Cadman Plaza East, Brooklyn, N.Y. 11201, with *United States v. Si Ci Zhu*, 22-CR-

14 (HG), noted on each payment instrument. Alternatively, the Defendant may make payments to the Clerk of the Court through pay.gov.

3. The Clerk of the Court is directed to deposit the funds in an interest bearing account pending further Order of the Court. Upon entry of a criminal judgment, the Clerk of the Court is directed to withdraw and apply the deposited funds in partial satisfaction of the criminal restitution imposed on Defendant. When the funds are withdrawn and distributed, the Clerk of the Court is directed, without further order of this Court, to deduct from the income earned on the deposit a fee, as set by the Director of the Administrative Office and authorized by the Judicial Conference of the United States, 28 U.S.C. § 1914.

4. The Clerk of the Court shall docket, file and forward three (3) certified copies of this Order to the United States Attorney's Office, Attn: Assistant U.S. Attorney Madeline O'Connor, 610 Federal Plaza, Central Islip, New York 11722.

SO ORDERED this ________ day of ________________, 2024.

____________________________________
HONORABLE HECTOR GONZALEZ
UNITED STATES DISTRICT JUDGE